**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be Related has been filed. Dkt. 6. As the judge assigned to case

26-cv-06032-AGT

*Feng v. Wray*,

I find that the more recently filed cases that I have initialed below are not related to the case assigned to me and shall not be reassigned.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 26-cv-06411-LJC | *Feng v. Lee* | | X |
| 26-cv-06546-PHK | *Lee Ming Building, LLC v. Feng* | | X |
| 26-cv-06994-PHK | *Feng v. City Of Oakland* | | X |

Dated: July 15, 2026

By: ________________________________

Alex G. Tse

United States Magistrate Judge