UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE YA-WEN FENG,<br>Plaintiff,<br>v.<br>CARL LEE, et al.,<br>Defendants. | Case No. 26-cv-06032-AGT<br><br>**REPORT AND RECOMMENDATION** |

Yvonne Ya-Wen Feng's allegations in this case "rise to the level of the irrational or the wholly incredible," and so come within the definition of frivolous under the *in forma pauperis* statute. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).[1] In 2025, Judge Tigar

[1] Examples of Feng's allegations include the following:

- "Between 2013–2017, Form[er] FBI director James Cormy [sic] . . . added drugs to poison me . . . and follow[ed] me . . . ." Dkt. 1 at 3–4.
- "[Between] 2017–2025, form[er] FBI director Christopher Wray . . . double[d] down poisons intended [to] murder [me] after they learned my patent was granted in 2018." *Id.* at 4.
- "In 2019 FBI also added radiation devices to shoot or radian [sic] me day and night." *Id.*
- "[Former Director Wray] keeps everything hidden, behind[] my back—secret attack, torture and murdering, waiting for me to die. Scooter accident, murder for hire, kidnap on the bus in China. Deadly weapon to shoot day and night, poisons in foods and drug injections. Every night they break into my house to inject drugs or make me breath

dismissed similar claims brought by Feng in two other cases, concluding that Feng's claims were "too insubstantial to give rise to subject-matter jurisdiction." *Feng v. Tripp*, No. 24-cv-07539-JST, Dkt. 36 at 4 (N.D. Cal. June 6, 2025); *accord Feng v. Alta Bates Summit Med. Ctr.*, No. 25-cv-06598-JST, Dkt. 20 at 4 (N.D. Cal. Oct. 10, 2025).

An amendment would be futile, so the undersigned requests that the Clerk of Court reassign Feng's case to a district judge and recommends that the district judge dismiss the complaint without leave to amend, under 28 U.S.C. § 1915(e)(2)(B)(i). Feng may object to this recommendation but must do so within fourteen days of receiving a copy of it. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

**IT IS SO ORDERED.**

Dated: July 15, 2026

Alex G. Tse
United States Magistrate Judge

poisons. Cut the wires open then place next to me; pump gas into my house." *Id.* at 5.

- "Carl Lee is the manager of my building where I live and rent . . . [in] Oakland CA. When I first met him and I told him I have troubles with FBI mobs and I showed him all the wounds and scars all over [my] body from radiation. He respon[ded] 'they are here!'. He knew my situation[] and FBI are in the building . . . . He did nothing to help. . . . He also set up extra electricity outlet in hallway for FBI mob to use hand [held] devices around my unit[] from outside of the door and window every day and night." *Id.* at 9.
- Alleging that during a state court proceeding against the City of Oakland, "FBI mob followed me into courtroom, they pass[ed] the notes to Judge, [and tried] to influence the judge . . . ." *Id.* at 12.