United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE YA-WEN FENG, Plaintiff, v. CARL LEE, et al., Defendants. | Case No. 26-cv-06032-CRB<br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING WITH PREJUDICE** |

Plaintiff Yvonne Ya-Wen Feng, proceeding pro se, sued former Federal Bureau of Investigations ("FBI") Director Christopher Wray, unnamed FBI agents, her building manager, and the City of Oakland. Compl. (dkt. 1). She alleges that the FBI engaged in a vast conspiracy to harass her—including murder attempts—because of her purported non-invasive therapeutic invention to treat diseases without drugs or surgery. See generally id. Feng seeks to proceed in forma pauperis. IFP (dkt. 2). Magistrate Judge Tse evaluated the complaint and issued a Report and Recommendation to dismiss this case with prejudice, as the factual allegations are frivolous and wholly incredible. R&R (dkt. 8). Feng timely filed an objection. Opp'n (dkt. 11). The Court finds the Report correct, well-reasoned, and thorough, and **ADOPTS** the Report and Recommendation.

A complaint is frivolous only if it contains "inarguable legal conclusion[s]" or "fanciful factual allegations." McKeever v. Block, 932 F.2d 795, 798 (9th Cir. 1991) (internal citation omitted). And Feng's complaint is entirely made up of such fanciful allegations. Feng primarily attempts to salvage her case by pointing to the documentary

exhibits attached to her complaint.[1] See Opp'n at 3. But those exhibits do not support allegations of a horrific conspiracy by the FBI to end her life.

For the foregoing reasons, the complaint is dismissed under 28 U.S.C. § 1915(e)(2) with prejudice, as amendment would be futile.

**IT IS SO ORDERED.**

Dated: August 13, 2026

CHARLES R. BREYER
United States District Judge

[1] Feng also suggests that there are discrepancies between her paper filing and the electronic filing on the docket. Opp'n at 6. But that is because Judge Tse merely corrected her typographical errors in his Report and Recommendation. See R&R at 1. Regardless, it is the substance of the allegations that the Court finds frivolous.